UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGH SMITH, VICTOR MARTE, DEVON LLOYD, WINSTON COWELL, DORIAN CARR, BRANDI SIMMONS, MAMADOU BARRY and CHAYRMAR BROWN,<br>Plaintiffs,<br>– against –<br>CITY OF NEW YORK, DORA B. SCHRIRO, and LUIS RIVERA,<br>Defendants. | 12 Civ. 3303 (CM) |

## [PROPOSED] ORDER TO PRODUCE DEVON LLOYD FOR TRIAL

The Court hereby orders the New York State Department of Correctional Services ("DOCS") and any facility under the auspices of DOCS that has custody of Mr. Devon Lloyd (DIN#:13-A-1843) at the relevant time, to effect and facilitate the transfer of Mr. Lloyd to the Metropolitan Correctional Center ("MCC"), 150 Park Row, New York, New York, such that Mr. Lloyd arrives at MCC by January 8, 2014, and that U.S. Marshals take custody of Mr. Lloyd and, on January 13, 2014, transport him to the courthouse for the Southern District of New York for a civil trial scheduled to commence that day at 10:00 am and return him to the custody of DOCS at the conclusion of trial.

12/19/2013
Date

_____
United States District Judge Colleen McMahon